FILED

2016 SEP 28 PM 5: 20

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:16 CR 312 |
| | ) | |
| FRANK MICHAEL SUSANY, JR., | ) | 18 U.S.C. § 371 |
| ROBERT THOMAS COURTNEY, JR., | ) | 18 U.S.C. §§ 842(a)(3)(A) and 844(a) |
| JAMES PATRICK QUINN, | ) | 47 U.S.C. §§ 301(d) and 501 |
| | ) | |
| Defendants. | ) | JUDGE NUGENT |

## COUNT 1

The Grand Jury charges:

1. Beginning in or around February, 2013, and continuing through in or around April 2013, in the Northern District of Ohio, Eastern Division, and elsewhere, defendants FRANK MICHAEL SUSANY, JR. ("SUSANY"), ROBERT THOMAS COURTNEY, JR. ("COURTNEY"), JAMES PATRICK QUINN ("QUINN"), along with other persons known and unknown to the Grand Jury, did knowingly and intentionally conspire together and with each other, not being licensees under the provisions of Chapter 40 of Title 18 of the United States Code, to knowingly receive and transport explosive materials, in violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a).

### OBJECT OF THE CONSPIRACY

2. The object of the conspiracy was to obtain explosive material that could be used to crack safes at jewelry stores and coin shops.

## MANNER AND MEANS

3. It was part of the conspiracy that SUSANY, QUINN, COURTNEY, and others known and unknown to the Grand Jury, planned to break into jewelry stores and coin stores to steal valuable items.

4. It was further part of the conspiracy that the money obtained by selling items stolen from jewelry and coin stores would be used to buy explosive material.

5. It was further part of the conspiracy that once SUSANY, QUINN, COURTNEY, and others known and unknown to the Grand Jury, obtained the explosive material, they would use the explosive material to crack safes at other jewelry stores and coin shops.

## OVERT ACTS

6. In furtherance of the conspiracy and in order to effect its objects, defendants and their co-conspirators committed the following overt acts in the Northern District of Ohio, and elsewhere:

7. On or about February 13, 2013, SUSANY met with a confidential source working for the FBI ("CS") in a restaurant. During the meeting, SUSANY recruited CS to obtain plastic explosives.

8. On or about March 22, 2013, SUSANY and QUINN met with CS in a restaurant. During the meeting, SUSANY and QUINN recruited CS to break into jewelry stores and coin shops to steal valuable items.

9. On or about April 1, 2013, SUSANY met with CS in a restaurant. During the meeting, SUSANY planned to break into a store in the Northern District of Ohio.

10. On or about April 19, 2013, SUSANY possessed and used a device that jammed cellular telephone communications and store alarm systems connected to cellular back-ups. SUSANY also possessed crow bars and a two-way radio.

11. On or about April 19, 2013, SUSANY broke into a coin store located in Westlake, Ohio.

12. On or about April 19, 2013, COURTNEY possessed a two-way radio with an earpiece. COURTNEY further concealed himself near the coin store to act as a look-out during a break-in.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

The Grand Jury further charges:

On or about April 19, 2013, in the Northern District of Ohio, Eastern Division, FRANK MICHAEL SUSANY, JR. willfully and knowingly used and operated an apparatus for the transmission of energy, communications and signals by radio, to wit: a cellular telephone jamming device for the purpose of disrupting an alarm system's cellular telephone back-up, within the State of Ohio, when interference was caused by such use or operation with the transmission of communications and signals from within Ohio to any place beyond its borders and with the reception of communications from places beyond the borders of Ohio, in violation of Title 47, United States Code, Sections 301(d) and 501.

A TRUE BILL.

Original document - - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.